UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT SHEAFFER, | |
| Plaintiff, | Case No. 19-cv-03899 |
| v. | |
| GLENDALE NISSAN, INC., | Honorable Judge Sara L. Ellis |
| Defendant. | |

**JOINT STATUS REPORT**

The parties, through their attorneys, submit the following Joint Status Report:

**1.** **Discovery:** The Plaintiff has been deposed and Plaintiff's former supervisor, Mario Zubek has been deposed. The parties do not anticipate any further discovery.

**2.** **Motions:** There are no pending motions. Defendant intends to file a motion for partial summary judgment. Defendant requests until February 19, 2021 to file its motion

**3.** **Trial:** Plaintiff has requested a jury trial. The parties expect that the trial of this matter will last approximately three days.

**4.** **Settlement Discussions:** The parties have discussed settlement, but further discussions do not appear to be fruitful at this time.

| | |
|---|---|
| Dated: January 5, 2021. | Respectfully submitted, |
| Plaintiff ROBERT SHEAFFER | Defendant GLENDALE NISSAN, INC. |
| By: /s/ Eugene K. Hollander<br>Paul W. Ryan<br>The Law Offices of Eugene K. Hollander<br>230 West Monroe, Suite 1900<br>Chicago, Illinois 60606<br>312.425.9100<br>*ehollander@ekhlaw.com*<br>*pryan@ekhlaw.com* | By: /s/ Ira M. Levin<br>Elizabeth M. Pall<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 N. Wabash Ave.<br>Suite 2100<br>Chicago, IL 60611<br>312.840.7000<br>*ilevin@burkelaw.com*<br>*EPall@burkelaw.com* |