# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT SHEAFFER, | |
| Plaintiff, | Case No. 19-cv-03899 |
| v. | |
| GLENDALE NISSAN, INC., | Honorable Judge Sara L. Ellis |
| Defendant. | |

## MOTION TO VOLUNTARILY DISMISS COUNT VII OF PLAINTIFF'S COMPLAINT IN ACCORDANCE WITH F.R.C.P. 41(A)(2)

Now comes Robert Sheaffer, by and through his attorneys, The Law Offices of Eugene K. Hollander, and for his Motion to Voluntarily Dismiss Count VII of his Complaint In Accordance With F.R.C.P. 41(A)(2), states as follows:

1. Plaintiff has alleged a number of causes of action in his employment law Complaint. Count VII alleged a claim under the Illinois Wage Payment and Collection Act.

2. On January 15, 2021, defense counsel sent the undersigned counsel a letter, in accordance with this Court's Standing Order, indicating Defendant's intention to move for summary judgment on two counts of Plaintiff's Complaint.

3. The parties subsequently had a meet and confer, and Plaintiff indicated his intention to voluntarily dismiss Count VII of Plaintiff's Complaint in order to avoid unnecessary motion practice before this Court.

**WHEREFORE**, the Plaintiff, Robert Sheaffer respectfully prays that this Honorable Court grant his Motion to Voluntarily Dismiss Count VII of Plaintiff's Complaint.

        Respectfully submitted,

        **Plaintiff,**
        **ROBERT SHEAFFER,**

By:    /s/ Eugene K. Hollander
        One of his attorneys

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
230 W. Monroe
Suite 1900
Chicago, IL 60602
(312) 425-9100
ehollander@ekhlaw.com
pryan@ekhlaw.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused copies of **Plaintiff's Motion to Voluntarily Dismiss Count VII of his Complaint In Accordance With F.R.C.P. 41(A)(2)** to be served upon the following by filing same using the Court's CM/ECF system on this 1st day of February, 2021 before 6:00 p.m.:

    Ms. Elizabeth Pall
    Mr. Ira Levin
    Burke, Warren, MacKay & Serritella, P.C.
    330 North Wabash Avenue
    Suite 2100
    Chicago, Illinois 60611

        /s/ Eugene K. Hollander